**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**REAL SIMPLE IDEAS, LLC,**

        **Plaintiff,**

**-vs-**                                  **Case No.  6:10-cv-1190-Orl-28GJK**

**INCASE DESIGNS CORP.,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the following motion:

> **MOTION:**    **DEFENDANT'S UNOPPOSED MOTION TO POSTPONE THE PRELIMINARY INJUNCTION HEARING AND BRIEFING SCHEDULE BY ONE WEEK (Doc. No. 16)**
>
> **FILED:**    **November 1, 2010**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.  Plaintiff's November 2, 2010 deadline to serve papers is extended to November 9, 2010; Defendant's November 8, 2010 deadline to serve papers is extended to November 15, 2010; and the preliminary injunction hearing scheduled for November 15, 2010 at 9:30 a.m. is **CANCELLED** and is **RESCHEDULED** to November 22, 2010 at 9:30 a.m.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of November, 2010.

Copies furnished to:
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge